**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Daniel Murphy

                      Plaintiff,

v.                                                       Case No.: 1:15–cv–08673
                                                        Honorable Milton I. Shadur

Village of University Park

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 22, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held. Plaintiff's motion to compel [34] is entered and continued to 9/22/2016 at 09:15 AM. Status hearing set for 9/22/2016 at 09:15 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.