## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-08673 |
| | ) | |
| VILLAGE OF UNIVERSITY PARK, municipal corporation, | ) | District Judge Shadur |
| | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF ORDER ON ATTORNEY'S FEES AGAINST VILLAGE OF UNIVERSITY PARK

NOW COMES the Plaintiff, by and through his attorneys, The Law Offices of Eugene K. Hollander, and for his Motion for Entry of Order on Attorney's Fees, State as follows:

1.      On September 22, 2016, this Court granted Plaintiff's Motion to Compel, and awarded Plaintiff attorney's fees. (See, **Exhibit 1**, a copy of this Court's 9/22/16 Order). Despite the best efforts of defense counsel to comply with Plaintiff's written discovery requests, Defendant Village of University Park was uncooperative in producing the requested information and documents.

2.      On November 17, 2016, in accordance with Local Rule 54.3, Plaintiff provided Defendant with the time and work records on which his fee petition is based, including redacted copies of his billing records as evidence of the hours for which compensation would be sought. The parties thereafter conferred from time to time to dispute various issues raised regarding the hours claimed by Plaintiff, as summarized more fully in their Joint Statement Regarding Plaintiff's Fee Petition, attached hereto as **Ex. 2**.

3.    On December 15, 2016, after substantial compliance with the "pre-motion agreement" procedure outlined in Local Rule 54.3, the parties agreed to the following: A total award of $4,275.00 (14.25 hours at an hourly rate of $300/hour) to Plaintiff in attorney's fees for work associated with compelling the discovery sought in Plaintiff's Motion to Compel. This work included the drafting of three separate Rule 37 letters; multiple telephone conferences with opposing counsel regarding the same; substantial time and effort spent reviewing and comparing the Defendant's numerous supplemental responses; drafting the motion to compel and then revising it after the Defendant once again supplemented its responses; and two court appearances.

**WHEREFORE**, in light of the foregoing, the parties respectfully pray that this Honorable Court enter an order:

1.    Approving the award of attorney's fees to Plaintiff in the amount of $4,275.00, as agreed by the parties;

3.    Approving Mr. Hoeven's hourly rate of $300/hour; and

4.    Any other relief that may be just and proper under the circumstances.

**Respectfully Submitted,**

By:    /s/ Jonathon L. Hoeven____
       One of Plaintiff's attorneys

Eugene K. Hollander
Paul W. Ryan
Jonathon L. Hoeven
**The Law Offices of Eugene K. Hollander**
230 West Monroe, Ste. 1900
Chicago, IL 60606
(312) 425-9100
Firm ID: 18264

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused copies of **Plaintiff's Motion for Entry of Order on Attorney's Fees Against Village of University Park** to be served upon the following via email and by placing same in a U.S. Mail depository, proper postage prepaid, at 230 W. Monroe, Suite 1900, Chicago, IL 60606, on this 15th day of December, 2016, before 5:00p.m.:

> Mr. Patrick S. Wall
> Peterson, Johnson & Murray Chicago, LLC
> 200 West Adams, Suite 2125
> Chicago, Illinois 60606
> pwall@pjmlaw.com

Jennifer Thiel
_____
Jennifer Thiel