## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Daniel Murphy

                                 Plaintiff,

v.                                                    Case No.: 1:15−cv−08673
                                                            Honorable Milton I. Shadur

Village of University Park

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2016:

      MINUTE entry before the Honorable Milton I. Shadur: Status and Motion hearings held on 12/19/16. Plaintiff Daniel Murphy's Motion for Entry of Order on Attorneys Fees Against Village of University Park [45] is granted. Status hearing previously set for 2/23/17 at 9:00 a.m. to stand. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.